IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORMAN FORD WILLOVER,

    Petitioner,

v.

A.J. SCRIBNER,

    Respondent.

No. C 04-01240 WHA

**ORDER**

The parties are **ORDERED** to inform the Court by December 22, 2005, of the status of Mr. Willover's petition for review by the California Supreme Court, and of any other facts relevant to whether this case should remain stayed.

**IT IS SO ORDERED.**

Dated: December 8, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE