IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORMAN FORD WILLOVER,

    Petitioner,

  v.

A.J. SCRIBNER,

    Respondent.
                                           /

No. C 04-01240 WHA

**ORDER RE STATE SUPREME COURT PETITION**

      The Court is in receipt of petitioner's response to the order of December 8, 2005. Petitioner's filing satisfies the Court. Mr. Scribner need not respond. Parties are **ORDERED TO UPDATE THE COURT EVERY THREE MONTHS**, with the clock starting today, on the status of the petition for review to the state Supreme Court and on anything else bearing on whether the stay should continue. If the California Supreme Court denies the petition, Mr. Willover, within thirty days, must seek leave to lift the stay and amend his petition to add the additionally exhausted federal claim. Please promptly notify the Court if the California Supreme Court grants the petition.

      **IT IS SO ORDERED.**

Dated: December 21, 2005

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE