**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORMAN F. WILLOVER,

    Petitioner,

  v.

A.J. SCRIBNER,

    Respondent.
                                      /

No. C 04-01240 WHA

**ORDER re FAILURE TO FILE STATUS REPORT**

    Both parties failed to file on time the required report on the status of the petition for review to the state Supreme Court and on anything else bearing on whether the stay in the above-captioned case should continue. The report was due March 21, 2006. The parties must file the report as soon as possible. If no report is filed by Friday, March 24, 2006, the **COURT WILL SCHEDULE A CASE MANAGEMENT CONFERENCE** requiring attendance by counsel for both parties.

    **IT IS SO ORDERED.**

Dated: March 22, 2006

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE