**United States District Court**
For the Northern District of California

1

2

3

4

5

6                            IN THE UNITED STATES DISTRICT COURT

7                            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10    NORMAN FRANK WILLOVER,                         No. C 04-01240 WHA

11                    Petitioner,

12         v.                                         **ORDER BARRING
                                                     PETITIONER'S COUNSEL FROM
13    A.K. SCRIBNER, Warden, California State        REPRESENTING PETITIONER
      Prison, Corcoran,                              IN THE INSTANT ACTION**
14
                      Respondent.
15    _____/

16

17         Counsel Frank George Prantil is **ORDERED** to cease representing petitioner Norman

18    Frank Willover in the instant action.

19         On March 5, 2006, the State Bar of California placed Mr. Prantil on inactive status as a

20    result of a State Bar Court finding in a disciplinary case against him.  On May 23, 2006, Judge

21    Vaughn R. Walker issued an order to show cause why Mr. Prantil should not be removed from

22    the roll of attorneys authorized to practice law before the United State District Court for the

23    Northern District of California.  After considering Mr. Prantil's answer, Judge Walker on July

24    6, 2006, denied Mr. Prantil's request to be allowed to continue to practice law before the court.

25         Since becoming ineligible to practice law, Mr. Prantil has continued to file documents in

26    the instant action.  He filed a status report on March 27, 2006.  After he missed a deadline to file

27    a traverse, a courtesy call was placed by a member of the undersigned's staff to notify Mr.

28    Prantil of this failure.  Mr. Prantil did not take that opportunity to notify the Court of his

      ineligibility to represent petitioner.  Mr. Prantil then moved for an extension of time, which was

**United States District Court**
For the Northern District of California

1    granted in part.  Petitioner's traverse is now due July 12, 2006, a deadline which is now

2    **VACATED**.

3           Mr. Prantil is not authorized to practice law in this district court.  He therefore is

4    **ORDERED OFF THE INSTANT CASE**.  Mr. Prantil must **PROVIDE PETITIONER** with a copy of

5    this order and provide him **ASSISTANCE IN FINDING A NEW ATTORNEY**, if that is what

6    petitioner desires.  In addition, the Court expects Mr. Prantil to **RETURN TO THEIR SOURCE**

7    **ANY FUNDS** given to him for work done in this action since March 5, 2006.  Petitioner is

8    **GRANTED SIXTY DAYS FROM SERVICE OF THIS ORDER TO OBTAIN NEW COUNSEL**, if that

9    what he wants.  If he does not obtain counsel, he must represent himself.  After the sixty-day

10   period, the new attorney for petitioner must file, within seventy days of service of this order on

11   petitioner, a proposed schedule for filing the traverse, or a statement that no traverse will be

12   filed.  If petitioner does not obtain counsel, any traverse he wishes to file will be due ninety

13   days after service of this order on him.  **THE CLERK IS ORDERED TO SERVE THIS ORDER ON**

14   **PETITIONER AND TO DELIVER A COPY OF IT TO THE OFFICE OF THE CHIEF TRIAL**

15   **COUNSEL/INTAKE; STATE BAR OF CALIFORNIA; 1149 SOUTH HILL STREET; LOS ANGELES,**

16   **CALIFORNIA 90015-2299.**

17

18          **IT IS SO ORDERED.**

19

20   Dated: July 7, 2006

21                                                    WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

2