IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORMAN FRANK WILLOVER,

    Petitioner,

  v.

A.K. SCRIBNER, Warden, California State Prison, Corcoran,

    Respondent.

No. C 04-01240 WHA

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

The Court has received Ms. Ford's motion for an extension of time to file a traverse in this habeas action. Ms. Ford substituted into this action on December 20, 2006, and has only recently received the record from Mr. Prantil's office. In light of these circumstances, Ms. Ford's request for a 90-day extension of time is **GRANTED**. The traverse must be filed by **MAY 21, 2007**. Please do not ask for further extensions.

**IT IS SO ORDERED.**

Dated: February 2, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE